UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRANDA DOXZON, | : | **1:20-CV-00236** |
| | : | |
| Plaintiff | : | (Chief Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES OF THE COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| | : | |
| Defendants | : | |
| | : | |

**ORDER**
June 10, 2020

Given that the plaintiff has filed an amended complaint, **IT IS ORDERED** that the defendants' motion (*doc. 7*) to dismiss the original complaint is **DISMISSED AS MOOT**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge