UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRANDA DOXZON, | : | **1:20-CV-00236** |
| | : | |
| Plaintiff, | : | (Chief Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES OF THE COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## TEMPORARY RESTRAINING ORDER
July 1, 2020

**IT IS ORDERED**:

1. By 5:00 p.m. July 2, 2020, Defendant DHS and Defendant Miller shall provide Plaintiff Miranda Doxzon with round-the-clock aide services in a safe, wheelchair accessible, community-based location acceptable to Ms. Doxzon in the Philadelphia area.

2. By 5:00 p.m. July 2, 2020, Defendants shall transport Ms. Doxzon to the location.

3. By 3:00 p.m. July 2, 2020, Defendants' counsel shall advise Ms. Doxzon's counsel as to the name and address of the location, the names of the personal assistants who will provide her with personal assistant services.

4. Under no circumstances shall Ms. Doxzon be sent to a congregate care setting, including a nursing facility, shelter or other facility or institution that has multiple people in a single bedroom.

5. In addition to the aides, Defendants shall ensure that all requested transportation and adequate food is available to Ms. Doxzon during this temporary placement.

This Order shall expire 14 days after it is entered, unless before that time the Court, for good cause, extends the Order.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge