UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRANDA DOXZON, | : | **1:20-CV-00236** |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES OF THE COMMONWEALTH OF PENNSYLVANIA;  MEG SNEAD, in her official Capacity as Acting Secretary of the Department of Human Services; TERESA D. MILLER, in her individual capacity, and KEVIN HANCOCK, in his individual capacity, | : | |
| | : | |
| Defendants. | : | |

## ORDER
June 15, 2021

On June 25, 2020, the defendants filed a motion to dismiss the amended complaint.  The briefing on that motion was stayed during settlement discussions. But after settlement discussions proved unfruitful, the stay was lifted, and the defendants were ordered to file a brief in support of their motion to dismiss on or before June 14, 2021.  The defendants have not, however, filed a brief in support of their motion to dismiss.[1]

---

[1] Rather, on June 14, 2021, the defendants filed an answer to the amended complaint. *See doc. 119*.

Based on the foregoing and in accordance with M.D. Pa. L.R. 7.5 (providing, in pertinent part, that if a timely brief in support of a motion is not filed, the motion shall be deemed withdrawn), **IT IS ORDERED** that the defendants' motion (*doc. 32*) to dismiss the amended complaint is deemed **WITHDRAWN**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge