

COMMONWEALTH OF PENNSYLVANIA
**OFFICE OF ATTORNEY GENERAL**

JOSH SHAPIRO
ATTORNEY GENERAL

April 4, 2022

Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone (717) 712-2037
akorn@attorneygeneral.gov

**By ECF**

Magistrate Judge Susan E. Schwab
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

  **Re: <u>Doxzon v. Dep't of Human Servs. of the Commonwealth of Pa.,<br>et al.</u> No. 1:20-CV-236 (M.D. Pa.)**

Dear Judge Schwab:

  I am pleased to report that the parties have reached an agreement to settle this matter. Because this case involves an agency and employees of the Commonwealth of Pennsylvania, the parties respectfully request that the Court issue a 90 day order in the form attached hereto.

  Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Alexander T. Korn*
ALEXANDER T. KORN
Deputy Attorney General

Cc: (via ECF)
Laura E. Caravello, Esq.