FILED
HARRISBURG, PA
PER
APR 04 2022
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRANDA DOXZON, : | |
|                 Plaintiff, : | |
| : | No. 1:20-CV-0236 |
| v. : | |
| : | Magistrate Judge Schwab |
| DEPARTMENT OF HUMAN : | |
| SERVICES OF THE : | Electronically Filed Document |
| COMMONWEALTH OF : | |
| PENNSYLVANIA; MEG SNEAD, : | Complaint Filed 02/10/20 |
| in her official Capacity as Acting : | |
| Secretary of the Department of : | |
| Human Services; TERESA D. : | |
| MILLER, in her individual capacity, : | |
| and KEVIN HANCOCK, in his : | |
| individual capacity, : | |
|                 Defendants. : | |

## ORDER

The parties have reported to the Court that they have reached an agreement in principle to resolve and settle this case. In light of the foregoing, IT IS ORDERED THAT this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to apply for reinstatement of the action within ninety (90) days of the date of this order if settlement has not been consummated.

Failure of a party to apply for reinstatement (or an extension of this order to consummate the settlement) within the above 90 day time frame will result in the

automatic conversion of this dismissal from one without prejudice to one with prejudice.

Dated: 4/4/2022

Susan E. Schwab
United States Magistrate Judge